**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WILLIE LITTLETON                                                                                      PLAINTIFF

v.                                            NO. 3:06CV00229 JLH

PILOT TRAVEL CENTERS, LLC                                                              DEFENDANT

**ORDER**

     Plaintiff's motion to compel discovery responses is granted in part.  Document #12.  The boilerplate objections interposed to virtually every interrogatory and request for production are stricken because they are in violation of Local Rule 33.1(b).  The defendant must submit amended answers to interrogatories and responses to the requests for production by the close of business on Friday, December 7, 2007.  The discovery cut-off is extended up to and including Friday, December 21, 2007.  The time within which the plaintiff must respond to the motion for summary judgment is extended up to and including Friday, January 4, 2008.  With respect to interrogatory No. 4, the amended answer must include any claims against the defendant for three years preceding the incident involved in this case in which an allegation was made comparable to the allegations in paragraph 10 of the complaint in this case.

     IT IS SO ORDERED this 28th day of November, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE