IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE LITTLETON                                                                                              PLAINTIFF

v.                                                     NO. 3:06CV00229 JLH

PILOT TRAVEL CENTERS, LLC                                                                        DEFENDANT

## ORDER

Pursuant to the joint stipulation of dismissal filed by the parties, this case is hereby dismissed without prejudice. Document #27.

IT IS SO ORDERED this 10th day of January, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE